**Opinion issued September 27, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00639-CR

————————————

### IN RE KENDRICK NORRIS ALRIDGE, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, acting pro se, has filed a petition for writ of mandamus requesting that we compel the Harris County Criminal Court at Law No. 13 to hear or rule upon his purported petition for an expunction of criminal records.[1] We deny the petition.

## PER CURIAM

Panel consists of Justices Bland, Massengale, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] Relator's mandamus petition does not provide a cause number for any underlying case commenced by the filing of a petition for an expunction of criminal records.